UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-4186-SVW (KS)                                              Date: September 2, 2020

Title     *Tyiavory Jackson v. Marcelo James et al*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|           Gay Roberson            |           N/A            |
|-----------------------------------|--------------------------|
|           Deputy Clerk            | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

  On May 7, 2020, Plaintiff, a California state prisoner, filed a civil rights complaint (the "Complaint") pursuant to 42 U.S.C. § 1983 (Dkt. No. 1) and an application (the "Application") to proceed without prepayment of the filing fees (*i.e.*, "IFP" or *in forma pauperis*) (Dkt. No. 2).  On July 8, 2020, United States District Judge Stephen V. Wilson denied the Application because Plaintiff failed to authorize disbursements from his prison trust account to pay the filing fees, and Judge Wilson ordered Plaintiff to file, within 30 days, a new IFP application and complaint with the Certified Trust Account Statement and Disbursement Authorization. (Dkt. No. 4.) The Order stated that "[i]f plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED." (*Id.*)

  More than three weeks have now passed since Plaintiff's August 7, 2020 deadline for filing a new IFP application with a Certified Trust Account Statement and Disbursement Authorization, and, although Plaintiff has filed a First Amended Complaint (Dkt. No. 5), he has not filed a new IFP application with the requisite documentation.  Accordingly, the case is now subject to dismissal for failure to comply with court orders and failure to either pay the filing fee or file a complete application to proceed IFP.  Therefore, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than September 23, 2020, why the action should not be dismissed.**

  To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P). **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file a complete IFP application, with the Certified Trust Account Statement**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-4186-SVW (KS)                                        Date: September 2, 2020

Title     *Tyiavory Jackson v. Marcelo James et al*

**and Disbursement Authorization, with the Court on or before the September 23, 2020 deadline.**

**Plaintiff's failure to timely comply with this Order will result in the dismissal of his case.**

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr