UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-4186-SVW (KS)                                                                Date: December 9, 2020

Title   *Tyiavory Jackson v. Marcelo James et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 7, 2020, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint (the "Complaint") pursuant to 42 U.S.C. § 1983 (Dkt. No. 1; *see also* Dkt. No. 10 (granting request to proceed *in forma pauperis*).)  On August 10, 2020, Plaintiff filed a First Amended Complaint, which is now the operative pleading.  (Dkt. No. 5.)

On October 14, 2020, the Court directed service of the First Amended Complaint.  (Dkt. Nos. 11-13.)  The Court also ordered Plaintiff to file within 30 days, *i.e.*, no later than November 13, 2020, copies of the four USM-285 forms he submitted to the United States Marshal.  (Dkt. No. 11.)  On October 30, 2020, Plaintiff notified the Court that he had only received two of the four USM forms that the Court had directed the Clerk to send to him.  (Dkt. No. 15.)  On November 6, 2020, the Court directed the Clerk to send Plaintiff two additional USM forms for Plaintiff.  (Dkt. No. 16.)

More than 30 days have passed since the Court last sent Plaintiff USM forms, and more than three weeks have passed since Plaintiff's November 13, 2020 deadline for filing copies of the USM-285 forms with the Court.  To date, the Court has not received copies of Plaintiff's completed USM-285 forms.  Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before December 30, 2020**, why the Court should not recommend that this action be dismissed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-4186-SVW (KS)                                            Date: December 9, 2020

Title         *Tyiavory Jackson v. Marcelo James et al*

for failure to prosecute and comply with court orders.  If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                              **Initials of Preparer**   gr