# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYIAVORY JACKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. MARCELO JAMES, et al.,<br><br>        Defendants. | NO. CV 20-04186-SVW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; (2) the First Amended Complaint is DISMISSED without leave to amend; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: March 1, 2022

                                                     STEPHEN V. WILSON<br>
                                      UNITED STATES DISTRICT JUDGE