JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TYIAVORY JACKSON, | ) NO. CV 20-04186-SVW (KS) |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| DR. MARCELO JAMES, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 1, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE